IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 3:15CR092 |
| | ) | |
| BRANDON DOMINIC DANDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant agree that the factual allegations contained in this Statement of Facts and in Count One of the Indictment are true and correct, and that United States could have proven each of them beyond a reasonable doubt.

1. From on or about May 1, 2014, through at least December 31, 2014, in the Eastern District of Virginia, BRANDON DOMINIC DANDRIDGE did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together, to commit an offense against the United States, to wit: mail theft, that is, being a Postal Service employee who embezzles any letter, mail, and article and thing contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and who steals, abstracts, and removes from and such letter and mail any article and thing contained therein, contrary to Title 18, United States Code 1709, all in violation of Title 18, United States Code 371.

2. BRANDON DOMINIC DANDRIDGE, at all relevant times, was employed as a postal clerk at the Lakeside Branch Post Office, in Henrico, Virginia. In his capacity as a United States Postal Service postal clerk, DANDRIDGE was responsible on a daily basis for selling

retail products to include stamps and money orders to postal customers, and retrieving mail deposited into the lobby collection box for processing and mailing.

3. Co-conspirator, Shelita Cobb, at all relevant times, was employed as a postal clerk at the Westhampton Station Post Office in Richmond, Virginia. In her capacity as a United States Postal Service postal clerk, Cobb was responsible on a daily basis for selling retail products to include stamps and money orders to postal customers, and also could and did cash previously purchased postal money orders.

4. On or about May 1, 2014, a postal customer (PC1) purchased a $1,000.00 postal money order at the Lakeside Branch Post Office, from DANDRIDGE. After making the purchase, PC1 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with the assistance of Cobb on or about May 3, 2014.

5. On or about June 4, 2014, a postal customer (PC2) purchased a $1,000.00 postal money order, and a $200.00 postal money order, at the Lakeside Branch Post Office, from postal clerk DANDRIDGE. After making the purchase, PC2 immediately sealed the money orders in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money orders and fraudulently redeemed them at the Lakeside Branch Post Office by forging PC2's signature on or about June 11, 2014.

6. On or about June 19, 2014, a postal customer (PC3) purchased a $1000.00 postal money order, and a $435.57 postal money order, at the Lakeside Branch Post office. After making the purchase, PC3 immediately sealed the money order in an envelope addressed for

delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order and fraudulently redeemed it with the assistance of Cobb on or about June 20, 2014.

7. On or about July 1, 2014, a postal customer (PC4) purchased an $800.00 postal money order at the Lakeside Branch Post Office from DANDRIDGE. After making the purchase, PC4 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently cashed it at a Richmond business location.

8. On or about July 23, 2014, a postal customer (PC5) purchased a $1,000.00 postal money order, and a $375.00 postal money order, at the Lakeside Branch Post Office, from a postal clerk. After making the purchase, PC5 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money orders, and at the Lakeside Branch Post Office fraudulently redeemed them by forging PC5's signature on or about July 24, 2014.

9. On or about August 20, 2014, a postal customer (PC6) purchased a $460.00 postal money order at the Lakeside Branch Post Office, from postal clerk DANDRIDGE. After making the purchase, PC6 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it at the Lakeside Branch Post office with a forged illegible signature on or about August 26, 2014.

10. On or about September 3, 2014, an undercover (UC) OIG agent visited the Lakeside Post Office and purchased 2 separate money orders from DANDRIDGE valued at

$500.00 and $1,000.00 respectively. Following the purchase, the UC agent filled out only the "payable to" line on each money order, sealed them in an envelope and handed them back to DANDRIDGE for placement in the mail flow. Thereafter, DANDRIDGE took the envelope and removed the money orders. An illegible signature was subsequently forged on the back of one money order which was fraudulently redeemed 7 days later by postal clerk Cobb, at the Westhampton Station Post Office in Richmond, Virginia. The second money order also bore an illegible signature on the back and was redeemed two days later at a supermarket in Richmond, Virginia.

11. On or about September 3, 2014, a postal customer (PC7) purchased a $600.00 postal money order at the Lakeside Branch Post Office from a postal clerk. After making the purchase, PC7 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with an illegible forged signature with the assistance of Cobb on or about September 10, 2014.

12. On or about September 3, 2014, a postal customer (PC8) purchased an $800.00 postal money order at the Lakeside Branch Post Office. After making the purchase PC8 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with the assistance of Cobb on or about September 10, 2014.

13. On or about September 5, 2014, a postal customer (PC9) purchased an $850.00 postal money order at the Lakeside Branch Post Office, from DANDRIGE. After making the purchase, PC9 immediately sealed the money order in an envelope addressed for delivery in the

mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and with an illegible forged signature fraudulently redeemed it with the assistance of Cobb on or about September 10, 2014.

14. On or about September 16, 2014, a postal customer (PC10) purchased a $200.00 postal money order at the Lakeside Branch Post Office, from DANDRIDGE. After making the purchase, PC10 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it on or about September 20, 2014.

15. On or about September 23, 2014, a postal customer (PC11) purchased a $670.00 postal money order at the Lakeside Branch Post Office. After making the purchase, PC11 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order and fraudulently redeemed it with the assistance of Cobb on or about September 23, 2014.

16. On or about September 25, 2014, a postal customer (PC12) purchased a $430.00 postal money order at the Lakeside Branch Post Office from DANDRIDGE. After making the purchase, PC12 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and with an illegible forged signature fraudulently redeemed it approximately five days later at a Richmond supermarket.

17. On or about October 10, 2014, a postal customer (PC13) purchased a $670.00 postal money order at the Lakeside Branch Post Office. After making the purchase, PC13 immediately sealed the money order in an envelope addressed for delivery in the mails, and left

it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with the assistance of Cobb on or about October 10, 2014.

18. On or about November 1, 2014, a postal customer (PC14) purchased a $500.00 postal money order at the Lakeside Branch Post Office from DANDRIDGE. After making the purchase, PC14 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with the assistance of Cobb on or about November 7, 2014.

19. On or about November 24, 2014, a postal customer (PC15) purchased a $300.00 postal money order at the Lakeside Branch Post Office. After making the purchase, PC15 immediately sealed the money order in an envelope addressed for delivery in the mails, and left it at the Post Office for mailing. Thereafter, DANDRIDGE took the envelope, removed the money order, and fraudulently redeemed it with the assistance of another person who was unaware of the scheme and conspiracy, on or about December 1, 2014.

20. The parties further stipulate and agree that the loss is more than $6,500 and less than $15,000.

21. The acts taken by the defendant in furtherance of the offense charged in this case, including the acts described above, were done willfully, knowingly, and with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts is a summary, made for the purpose of providing the Court with a factual basis for the defendant's guilty plea to the charges against him. The defendant also acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct, or all of the facts known to the defendant, relating to the offenses charged in this case.

I have consulted with my attorney regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

7/29/15
Date

BRANDON DOMINIC DANDRIDGE
Defendant

I am counsel for defendant, BRANDON DOMINIC DANDRIDGE. I have carefully reviewed this Statement of Facts with him and, to my knowledge, his decision to agree to this Statement of Facts is an informed and voluntary decision.

7/29/15
Date

Mary Maguire
Counsel for BRANDON DOMINIC DANDRIDGE

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

7/29/15
Date

By: _____
S. David Schiller
Assistant United States Attorney